# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

United States of America

Plaintiff

v.

Civil Action No. 23-CV-665

In Re: In The Matter of $189,490,00 in U.S. Currency

Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1, United States of America provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

The United States of America,

United States Attorney's Office,

Khari K. Greene,

Yanyang Ge,

Philip House,

Balfour Emonet Law Firm, LLC

J. Brady Casey, LBN: 24338

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.